UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-MJ-1119

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER ALLOWING DISMISSAL OF |
| v. | ) CRIMINAL INFORMATION AND |
| | ) WITHDRAWAL OF ARREST WARRANT |
| YVETTE CECILLA YAMBO | ) |

Leave of court is granted for the filing of the foregoing dismissal.

3/29/2012
DATE:

*Robert Jones*
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE